# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **CR 13-822(A)**
U.S.A. v. **MICHAEL ANTHONY BROWN**
[✓] Indictment    [ ] Information

Defendant Number **16**
Year of Birth **1983**
Investigative agency (FBI, DEA, etc.) **DEA**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense **December 2008-January 30, 2014**

c. County in which first offense occurred
**Los Angeles**

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[✓] Los Angeles      [ ] Ventura
[ ] Orange           [ ] Santa Barbara
[✓] Riverside        [ ] San Luis Obispo
[✓] San Bernardino   [ ] Other: _____

Citation of Offense **21 U.S.C. §§ 846 and 841(a)(1)**

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [ ] No   [✓] Yes

IF YES   Case Number **CR 12-676-ODW**

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**
Case **U.S. v. Darryl Dwayne Burton, et al.**

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: **N/A**
Case Number _____
Charging _____

The complaint:   [ ] is still pending
[ ] was dismissed on: _____

FILED 2014 FEB -6 PM 4:44 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES

### PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes
IF YES, provide, Name: _____
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the **1st** superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
**November 21, 2013**

Case Number **CR 13-822**

The superseded case:
[✓] is still pending before Judge/Magistrate Judge
**Not Yet Assigned**
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
[✓] Yes    [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?    [ ] YES    [✓] NO
IF YES, list language and/or dialect: _____

**OTHER**

[✓] Male    [ ] Female
[✓] U.S. Citizen    [ ] Alien
Alias Name(s) "Lock"

This defendant is charged in:    [ ] All counts
[✓] Only counts: 1

[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?    [ ] Yes    [✓] No
IF YES, should matter be sealed?    [ ] Yes    [ ] No

The area of substantive law that will be involved in this case includes:

[ ] financial institution fraud    [ ] public corruption
[ ] government fraud    [ ] tax offenses
[ ] environmental issues    [ ] mail/wire fraud
[✓] narcotics offenses    [ ] immigration offenses
[ ] violent crimes/firearms    [ ] corporate fraud
[ ] Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?    [ ] Yes    [ ] No
d. Is a Fugitive    [ ] Yes    [ ] No
e. Is on bail or release from another district: _____

f. [ ] Has not been arrested but will be notified by summons to appear.
g. Warrant requested.    [✓] Yes    [ ] No

Defendant is **in** custody:
a. Place of incarceration:    [ ] State    [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____

d. [ ] Solely on this charge. Date and time of arrest: _____

e. On another conviction:    [ ] Yes    [ ] No
   IF YES:    [ ] State    [ ] Federal    [ ] Writ of Issue
f. Awaiting trial on other charges::    [ ] Yes    [ ] No
   IF YES:    [ ] State    [ ] Federal    AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.CrP.    __ 20    __ 21    __ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  02/06/2014

Signature of Assistant U.S. Attorney
Nicholas A. Trutanich
Print Name